IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MARTY MANUELITO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 22-CV-0720 JB-JHR |
| ) | Case No. 19-CR-1994 JB-JHR |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO EXTEND DEADLINE FOR RESPONSE TO PETITIONER'S MOTION TO VACATE CONVICTION AND SENTENCE UNDER 28 U.S.C § 2255**

THIS MATTER having come before the Court on the Motion for More Definitive Statement, or in the Alternative, Unopposed Motion to Extend Deadline for Response to Petitioner's Motion to Vacate Conviction and Sentence Under 28 U.S.C § 2255, and the Court, being fully advised in the premises, finds the motion regarding the extension of the response deadline is well taken should be and hereby is granted.

IT IS THEREFORE ORDERED that the deadline for the government to reply to the Petitioner's Motion to Vacate Conviction and Sentence Under 28 U.S.C. § 2255 in the above-captioned case is hereby extended until February 21, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
Nicholas J. Marshall,
Assistant United States Attorney